IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

TROY J. GREEN,

    Petitioner,

v.                                                         CIVIL ACTION NO. 3:03CV73
                                                          CRIMINAL ACTION NO. 3:02CR26
                                                          (BROADWATER)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge James E. Seibert, dated March 24, 2005. The Report and Recommendation provided the parties with ten (10) days in which to file objections to the Report. However, to date, neither party has fileobjections to the Report. After reviewing the above, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be and is hereby **ORDERED** adopted.

The Court further **ORDERS** that the petition of the petitioner be **DENIED and DISMISSED WITH PREJUDICE** based on the reasons set forth in the Magistrate Judge's Report and Recommendation. It is further **ORDERED** that this action be and is hereby **STRICKEN** from the active docket of this Court.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

    **DATED** this 3rd day of May 2005.

                                                  W. CRAIG BROADWATER
                                                  UNITED STATES DISTRICT JUDGE